UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERTA CARTAGENA,<br><br>             Plaintiff,<br><br>      v.<br><br>RODRIGUEZ GEORGE L & GRACE A, et al.,<br><br>             Defendants. | No. 1:14-cv-02069-AWI-BAM<br><br>**ORDER OF DISMISSAL** |

   On March 19, 2015, Plaintiff filed a notice of voluntary dismissal under Rule 41(a)(1). No defendant answered or otherwise appeared. Therefore, Pursuant to Rule 41(a)(1), this case has automatically terminated. See Fed. R. Civ. Pro. 41(a)(1)(A)(i).

   Accordingly, IT IS HEREBY ORDERED that the Clerk shall CLOSE this case in light of the Plaintiff's voluntary dismissal filed on March 19, 2015.

IT IS SO ORDERED.

Dated:   March 23, 2015                                                        
                                                            SENIOR DISTRICT JUDGE